ACCEPTED
06-15-00017-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 11:33:51 AM
DEBBIE AUTREY
CLERK

**No. 06-15-00017-CV**

**IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 11:33:51 AM
DEBBIE AUTREY
Clerk

_____

**BILLY FITTS and FREIDA FITTS,
Appellants,
v.
MELISSA RICHARDS-SMITH, THE LAW FIRM OF GILLAM & SMITH, LLP,
E. TODD TRACY, and THE TRACY FIRM, Attorneys at Law,
Appellees.**

_____

**On Appeal from the 71st District Court of Harrison County, Texas
Trial Court Cause No. 14-0150**

_____

**NOTICE OF APPEARANCE OF COUNSEL**

Now comes the undersigned attorney and files this Notice of Appearance as retained counsel for Appellants Billy Fitts and Freida Fitts in the above-styled and numbered appeal.

Respectfully submitted,

/s/ Ross B. Russell
ROSS B. RUSSELL
State Bar No. 24090875
HAMPTON & ASSOCIATES, P.C.
1000 Houston Street, Fourth Floor
Fort Worth, TX 76102
Telephone: 817.877.4202
Facsimile: 817.877.4204
Email: clhampton@hamptonlawonline.com

1

LINDSEY M. RAMES
State Bar No. 24072295
RAMES LAW FIRM, P.C.
Texas Bar No. 24072295
5661 Mariner Drive
Dallas, TX 75237
Telephone: 214.884.8860
Facsimile: 888.482.8894
Email: lindsey@rameslawfirm.com

**ATTORNEYS FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I, Ross B. Russell, the undersigned attorney, does hereby certify that the foregoing NOTICE OF APPEARANCE OF COUNSEL was served upon counsel for all Appellees via electronic service on November 20, 2015.

/s/ Ross B. Russell
ROSS B. RUSSELL